David Pride
(Name)

Calipatria State Prison
(Address)

P.O. Box 5005 / 92233
(City, State, Zip)

H61218
(CDC Inmate No.)

**FILED**

JUL 2 7 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Pro Se ___

# United States District Court
## Southern District of California

David Codell Pride Jr.
(Enter full name of plaintiff in this action.)

　　　　　　　　　　　　　　Plaintiff,

v.

Jane/John doe
M. Correa
Dr. Levin
T. Ochoa
Dr. Satiago Santiago
(Enter full name of each defendant in this action.)

　　　　　　　　　　　　　　Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'07 **CV** 1382 　 **BEN JMA**

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, David Codell Pride Jr. P.O. Box 5005 , who presently resides at Calipatria State Prison / B2-211
(print Plaintiff's name)
(mailing address or place of confinement)
Low / P.O. Box 5005 / Calipatria Ca. 92233 , were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at Calipatria
State Prison on (dates) 1-3-06 , 1-3-06 , and 1-3-06 .
(institution/place where violation occurred) (Count 1) (Count 2) (Count 3)

2. <u>Defendants</u>:  (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>M. Correa</u>                         resides in <u>N/A</u>
                    (name)                                                              (County of residence)                ,
and is employed as a <u>Crono Kommittee/ SRN II</u>                   . This defendant is sued in
                              (defendant's position/title (if any))
his/her ☒ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: <u>Defendant is employed at Calipatria statement</u>

<u>prison as a member of the medical crono committee whom took</u>

<u>part in denying me medical accommadations/ treatment.</u>

Defendant <u>Dr. Levin CMO</u>                      resides in <u>N/A</u>
                    (name)                                                              (County of residence)                ,
and is employed as a <u>Crono Committee/ CMO</u>                      . This defendant is sued in,
                              (defendant's position/title (if any))
his/her ☒ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: <u>Defendant is employed at Calipatria state Prison</u>

<u>as a member of the medical crono Committee whom took part in</u>

<u>denying me medical accommodations / treatment</u>

Defendant <u>T. Ochoa</u>                          resides in <u>N/A</u>
                    (name)                                                              (County of residence)                ,
and is employed as a <u>Warden</u>                              . This defendant is sued in
                              (defendant's position/title (if any))
his/her ☒ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: <u>T. Ochoa          is employed by the state of Cal-</u>

<u>ifornia warden of Calipatria state Prison, and whom created a</u>

<u>policy or enforced one that denied me medical accommadations/ treatment</u>

Defendant <u>John or Jane doe</u>                   resides in <u>N/A</u>
                    (name)                                                              (County of residence)                ,
and is employed as a <u>member of the Crono Committee</u>  . This defendant is sued in
                              (defendant's position/title (if any))
his/her ☒ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: <u>John or Jane doe is employed by this states prison</u>

<u>system as a member of the prisons medical crono Committee,</u>

<u>who took part in the denial of my medical accommodations/ treatment.</u>

Pg. 2 Continued

1   Defendant; Dr. Santiago's Dr. Santiago is employed
2 by this state Prison as a medical doctor. Dr. Santiago failed
3 to take all steps necessary and or required to secure my
4 proper medical accommadations and treatment.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

95  28391

" 2 Continued "

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: <u>Freedom From Cruel and</u>

<u>Unusual punishment.</u>

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Plaintiff is incarcerated at Calipatria State Prison, and due to plaintiff incarceration and indigent status, plaintiff is unable to obtain proper medical care which now lies on the state / this prison. As stated in all other counts, plaintiff has been denied prescribed medical treatment, and has not received medical treatment, although requested here at Calipatria State Prison. Dr. J.E. Lazore at Pelican Bay State Prison prescribed a double mattress and a knee brace to treat my injuries, which consist of a shattered shoulder blade, and sports injury to my knee, and i requested that i'd be given an additional knee brace here for my other knee due to a sports injury. I also requested that my medical treatment prescribed by Dr. J.E. Lazore be continued here, and that my cronos be renewed / updated, this was all denied although Dr. Santiago here at Calipatria State Prison also stated he requested the same treatment continue and the additional knee brace, but was also denied by the crono Committee here at Calipatria State Prison, and the treatment was also denied by acting warden (T. Ochoa) due to this prisons created policy of no double mattress. The crono committee consist of three prison officials / staff, one John or Jan doe (name can't be read clearly) but i believe its Denise or Dence, M. Correa SGN II, and

P9. 3 Continued.

1   Dr. Levin CMO. On my medical slips and in my
2   inmate appeals, i have explained that i am in
3   pain day and night, due to the fact that my sho-
4   ulder blade is shattered and i cannot sleep on my
5   back on these worn down thin prison mattresses,
6   and that i am forced to try to sleep on my sides or
7   my shoulders or on my stomach, which all are
8   all now sore! I have pain to my hipps, shoulders,
9   and ribs due to the denial of my double mattress/
10  crono. I also agreed to accept an egg crate mattress
11  which provides the same level of care which is allowed,
12  that too was denied! I am forced to attempt to sleep
13  on my back which is in pain. I can't get much sleep
14  at all; i'm tired and fatigued all the time, stressed
15  and depressed. I cannot exercise properly due to the
16  circumstances, and i am not alert as one should be
17  in prison, my knees are constantly hurting when i
18  stand for ▮ short periods of time and when i try to
19  exercise. I am in pain daily and nightly, and i am
20  also losing muscle mass that i once had. I need
21  help! Both doctors examined me and made the same recommendation.

22      Portions of my medical records and medical requ-
23  ests, cronos and doctors notes are in (Exhibit A), and my
24  inmate appeals form is in (exhibit B).

25

26

27


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

<u>Count 2</u>:  The following civil right has been violated:  <u>Plaintiffs right to</u>
<u>medical care.</u>
(E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Plaintiff suffers from a shattered shoulder blade due to a gunshot wound, which could not be mended. Plaintiff was examined at Pelican Bay State Prison by Dr. J.E. Lazore whom prescribed as part of her treatment a "double mattres", and a double mattress crono was issued with the effective date of 8-9-04 and an expiration date had to be issued in order for the crono to take effect per policy, which was 8-9-05, despite the fact that plaintiff has a permanent injury. Plaintiff was informed that if officers attempted to take the double mattress plaintiff should show them his crono or get it renewed. Plaintiff was allowed to keep his double mattress until he was transferred to Calipatria State Prison on or about 11-2-05, and plaintiff requested a double mattress consistent with his previously prescribed medical treatment/care, and it was denied although plaintiff explained the need for the treatment which was pain and sleeplessness, this was due to Calipatrias Prison policy of no double mattress which was enforced by acting warden (T. Ochoa) March 6, 2006 after plaintiff made several failed attempts to get the treatment and Cronos updated. Plaintiff also requested an alternative solution, which was an egg crate mattress, which Calipatria State Prison does allow and also provides a simular level of treatment, this was also denied. No other treatment was provided was given to prevent my pain and sleeplessness.

§ 1983 SD Form
(Rev. 2/05)                                    4

pg. 4 continued

1    Plaintiff was also issued a crono for a right
2  knee brace by the same doctor at Pelican Bay State
3  Prison, issued 6.20.05 with an expiration date of 6.19.06
4  This treatment was prescribed due to an old sports
5  injury which causes the knee to slide out of joint,
6  pain and swelling. This treatment was also denied at
7  Calipatria State Prison. I requested a left knee brace
8  here at Calipatria State Prison which also had gotten
9  worse due to the fact when the right knee is in pain i
10 have to place the majority of my weight on the left. This
11 request was also denied.
12    Plaintiff has attempted to get medical treatment
13 and to get the medical cronos renewed here at Cali-
14 patria State Prison by way of medical request. Plain-
15 tiff was seen and examined by a doctor L. Santiago.
16 M.D. L. Santiago did a simular external examination
17 of my shoulder blade with his hands to feel if the
18 shoulder blade was in fact in pieces, and he also did
19 an examination on both of my knees. After his ex-
20 amination, M.D. L. Santiago stated that he would have
21 to make a request to the crono committee to get my
22 cronos renewed and request an egg crate mattress
23 and cronos for both knee braces. He explained to me
24 that Calipatria's no double mattress policy was the
25 reason he'd request an egg crate mattress. This took
26 place on or about 1.3.06 on or about 1.5.06, the
27 crono committee denied the above requested treat-
28 ment although two doctors requested at least the same

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

95 28391

pg. 4 continued

1  level of treatment,

2      Plaintiff has filed and exhausted his administra-
3  tive remedies. Plaintiff was also interviewed by R.N.S.
4  Garcia on or about 3.2.06. During the interview R.N.S.
5  Garcia again informed me that the crono committee
6  denied the renewal of my cronos, and that per Cali-
7  Patrias state Prisons Policy, double mattresses are not
8  allowed, and that if an egg-crate mattress is needed,
9  then a doctor must request one be issued! I informed
10  her that Dr. Santiago explained to me that he requested
11  one, but that request was denied by the crono commi-
12  ttee. I also explained to her that Dr. Santiago did ex-
13  amine me before he made the request and that there
14  is documentation in my medical file that another doctor
15  also examined me and prescribed the same treatment
16  which helped. R.N. S. Garcia stated that the crono comm-
17  ittee stated there was no proof of my injuries or an
18  examination. S. Garcia then called the appeals coordinator
19  and it was determined that an x-ray was needed to
20  determine my injury, however, no x-ray was ever given.
21  Plaintiff explained to S. Garcia that his condition has
22  gotten worse, however, no other treatment has been given,
23  despite requests.

24      Since over the time of the denials of treatment,
25  cronos and appeals, i am in Pain constantly and not
26  getting enough sleep. I wake up, after i do fall asleep, sore
27  and in Pain. my ribbs, hipps, and shoulders Joints are
28  in Pain due to the fact i have to sleep either on my sides

1  Shoulders and stomach all the time on a thin Prison
2  mattress about 2½ inches thick on a steele slabb. I
3  have no cushing for blood circulation, i'm losing muscle
4  mass, i'm stressed and tired all the time; I can't
5  exercise because of the pain in all of these areas and
6  due to the lack of rest. I put in another medical slip
7  on or about 3.13.07, and i explained to a male RN of
8  my medical situation and he prescribed me pain pills
9  for my muscle and Joint pain and stated he'd try to
10 get me seen by a doctor. I explained to him that i've
11 taken so many mottrin and I buprofin to the point
12 they don't work and are messing up my stomach lining
13 and causing pain. I was seen by this RN. On or a-
14 bout 3.19.07

15     See Exhibit A  which contains medical requests,
16 and cronos, and doctors notes.

17     See Exhibit B For inmates appeals form.

18
19
20
21
22
23
24
25
26
27

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: David Pride

Defendants: Vollmer, Hooker, Petry, Burrell, and mulkern and Larsen

(b)  Name of the court and docket number: 99 CV 2334 -J (CGA) and or 00 CV 0277 (LAB) NLS / The number kept changing

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] Plaintiff had case seperated, Vollmer and Burrell still should be pending

(d)  Issues raised: Cruel and unusual punishment / reckless disregard and denial of medical treatment.

(e)  Approximate date case was filed: Nov-1-1999 and Feb 8-2000

(f)  Approximate date of disposition: ? N/A should be pending

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

"Denied at all levels."

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): From denying me medical treatmen and accommadations; also preventing defendands any and all retaliations / hardships.

2. Damages in the sum of $ 1,000,000.00

3. Punitive damages in the sum of $ 1,000,000.00

4. Other: Any other damages this court deems appropriat.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

7·19·07
Date

_(signature)_
Signature of Plaintiff

EXHIBIT

A

" 6 pages " of medical
records and notes / Cronos.

D:3-15-92     T:03-16-92       #941

DATE OF SURGERY:            3-15-92

OPERATING SURGEON:         RHONA CHEN, M.D.
FIRST ASSISTANT:           JORGE RIVERA, M.D.
SECOND ASSISTANT:          STEVEN GLORSKY, M.D.
THIRD ASSISTANT:           ROBERT BRIDGES, M.D.

PREOPERATIVE DIAGNOSIS:    Multiple gunshot wounds to the abdomen, back
                           and extremities.

POSTOPERATIVE DIAGNOSIS:   1.  Gunshot wound to the abdomen.
                           2.  Grade IV right liver lobe laceration.
                           3.  Laceration to the right hemidiaphragm.
                           4.  Laceration of the right inferior renal
                               pole.
                           5.  Contusion of the right gonadal vein at the
                               confluence of the inferior vena cava.
                           6.  Right costochondral fractures.
                           7.  Gunshot wound to the left shoulder with
                               open left humerus fracture.
                           8.  Left hemopneumothorax.
                           9.  Gunshot wound to the right thigh.

OPERATION PERFORMED:       1.  Exploratory laparotomy for trauma.
                           2.  Left closed tube thoracostomy.
                           3.  Retroperitoneal exploration.
                           4.  Ligation of right gonadal vein with
                               repair of inferior vena cava.
                           5.  Debridement and control of bleeding right
                               liver lobe.
                           6.  Exploration of the right kidney.
                           7.  Repair of right hemidiaphragm.
                           8.  Placement of nasojejunal feeding tube.

ANESTHESIA:                General endotracheal.
INCISION:                  Midline abdominal.

INDICATIONS:  20-year-old black male sustained multiple gunshot wounds
to the abdomen and extremities.

FINDINGS:  1)  (SEE POSTOPERATIVE DIAGNOSIS).  2)  Stomach, duodenum,
small bowel, colon, spleen, left kidney and left hemidiaphragm, pancreas &c
gallbladder and bladder were normal.  3)  Appendix with fecalith at the
tip.

DESCRIPTION OF OPERATIVE PROCEDURE:  After initial resuscitation in the
Emergency Room, the patient was taken urgently to the Operating Room.
Trauma IVP was performed which showed nonvisualization of the right
kidney (the patient had wound in the right upper quadrant of the
abdomen near the midline in the back).

Left closed tube thoracostomy was performed by making incision in the



LOMA LINDA UNIVERSITY MEDICAL CENTER
OPERATIVE RECORD

PRIDE, DAVID
26 07 24

24-0643 (5/91)

CHART COPY

№ 095700

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME: Pride

CDC NUMBER: H 61218

HOUSING: B.4.128

PATIENT SIGNATURE: D. Pride

DATE: 11.20.05

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I need to renew my soft shoe crono, double mattress crono, to get an additional knee brace, and to get a crono to be handcuffed in the front due to a shoulder injury. I am also having abdomenal pains.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | | Received by: | |
|---|---|---|---|
| Date / Time Reviewed by RN: | | Reviewed by: | |

S:  S/p GSW chst & fx l© Scapula c restrict abdut of©a. Had ORIF c rod on© am & shoulder blade. Unable to lay down for l© shld + bck. + S/p Bil (one gsw)( knee lock, + give way. Had decline nothin at Rehab Bay SP.   Due to tru pn. Need soft tenn shx.

Pain Scale: 1 2 3 4 5 6 7 8 9 10

| O: T: | P: | R: | BP: | WEIGHT: |
|---|---|---|---|---|

S/p GSW -(l) mot. axill-n + brsl © Scapula c fx + ORIF       untret adt © amoth Pc
S/p Gos & Cc shld c fx (l) hum c ORIF
Int.-fem. unstable c cut. deg.

A:  S/p GSW chst & fx l© Scapula (l© shld c ORIF & Ortho Pc, Bil body, Unstable

P:  As prior

☐ See Nursing Encounter Form

E:  And renew ap or chrty ap. And squitts J pn.

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME  L. SANYIAH | SIGNATURE / TITLE | | DATE/TIME COMPLETED 01/05/06 |
|---|---|---|---|

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

**HEALTH RECORD**
**INMATE COPY**  856606

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**                    DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

| NAME  *Pride* | CDC NUMBER  *H61218* | HOUSING  *B2·211·Low* |
|---|---|---|

PATIENT SIGNATURE  *D. Pride*                    DATE  *3·14·07*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *I am having problems sleeping due to pain to my ribs & shoulders. I am missing a shoulder blade which is shattered, and I was denied an egg crate and renewal of a double mattress crono from PBSP. I am forced to sleep on my side & stomach all the time. Need to renew crono to*

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: *3/15/07  @ 1800* | Received by: *[signature]* |
|---|---|
| Date / Time Reviewed by RN: *3/15/07* | Reviewed by: *[signature]* |

S:                                          Pain Scale:   1   2   3   4   5   6   7   8   9   10

*"I've been getting pain to both shoulders and shoulder blade."*

O:   T:        P:        R:        BP:        WEIGHT:

A: *NOS MAOr. Skin Ld. gen Ur Orey, di dle 0×3*

P: *Ordr Mtr & Tylt f dscn Pt abt water chrono renewal.*

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☒ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

| REFERRED TO PCP: *Dr. O H* | DATE OF APPOINTMENT: |
|---|---|

| COMPLETED BY  *[signature]* | NAME OF INSTITUTION *Cen* |
|---|---|

| PRINT / STAMP NAME | SIGNATURE / TITLE  *pn* | DATE/TIME COMPLETED  *3/16/07  0800* |
|---|---|---|

HEALTH RECORD
INMATE COPY

| DATE | TIME | |
|------|------|---|
| 9/25/ | | OPTOMETRY CLINIC |
| | | Pt. Seen by MD. 4/13/ _____ (signature) |
| 1/19/07 | 21:50 | per I/P TAWU request copy of chrono dated 1.5.06 and 9-25-06 _____ √ Stm/a |
| 3/12/07 | 0800 | S: "I've been getting pain to both of shoulder & shoulder blade" |
| | | O: Refer |
| | | A: NAD. MOEW skin Pt. on w.p. Inquiries. Obs O.S. |
| | | P: Ordr Mobry. & Tylenol for discomfort. Pt also with chrono renewed, placed for MD on Routine scheduled |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|-----------------------------------------------------|
| | | Pride. DAVID |
| | | H-61218 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

HEALTH RECORD
INMATE COPY

**PELICAN BAY STATE PRISON**
**HEALTH CARE SERVICES UNIT**
**CHRONO**

NAME: Pride, David   CDC#: H61218   HOUSE: A6 205   DATE: 6/20/05

The above-named inmate has a medical condition which requires the below-listed medically-indicated chrono(s).

| | | | |
|---|---|---|---|
| ☐ | COTTON BLANKETS | ☐ | LOW BUNK/LOW TIER |
| ☐ | EGG CRATE MATTRESS | ☒ | EXTRA MATTRESS |
| ☐ | EXTRA PILLOWS/WEDGE | ☐ | INSOLES |
| ☐ | ORTHOTICS | ☐ | SWEATPANTS |
| ☐ | SUNGLASSES | | |

☐ MEDICAL EQUIPMENT: Please check appropriate medical equipment below:

☐ Cane  ☐ Walker  ☐ Wheelchair  ☐ TENS Units  ☐ C-PAP/BIPAP  ☐ Oxygen  ☐ Ice Pack  ☐ Ace Wraps

(When appropriate, please name body part affected, e.g., right arm): Rt knee sleeve

EFFECTIVE DATE: 6/20/05          EXPIRATION DATE: 6/19/06

**EFFECTIVE DATE AND EXPIRATION DATE MUST BE PROVIDED FOR CHRONO TO TAKE EFFECT**

_____          _____
**Please Print Name**                              **Signature/Title**

DISTRIBUTION: <u>WHITE</u>-Medical Record      <u>GREEN</u>-Housing Unit      <u>YELLOW</u>-CCII      <u>PINK</u>-C-File      <u>GOLDENROD</u>-Inmate

HEALTH RECORDS STAFF SHALL LIST OTHER APPROPRIATE COPIES BELOW AND SHALL DISTRIBUTE ACCORDINGLY: (e.g., Clothing:  SHU/GP/L-I):

_____

DATE: 6/20/05  NAME: Pride, David  CDC#: H61218          PBSP/MEDICAL

3/02.pk                                                              PBSP - HCS 001

HEALTH RECORD
INMATE COPY

## PELICAN BAY STATE PRISON
## HEALTH CARE SERVICES UNIT
## CHRONO

NAME: _Pride, David_   CDC#: _H61218_   HOUSE: _A6-205_   DATE: _8-9-04_

The above-named inmate has a medical condition which requires the below-listed medically-indicated chrono(s).

☐ COTTON BLANKETS                    ☐ LOW BUNK/LOW TIER

☐ EGG CRATE MATTRESS                 ☒ EXTRA MATTRESS

☐ EXTRA PILLOWS/WEDGE                ☐ INSOLES

☐ ORTHOTICS                          ☐ SWEATPANTS

☐ SUNGLASSES

☐ MEDICAL EQUIPMENT: Please check appropriate medical equipment below:

☐ Cane  ☐ Walker  ☐ Wheelchair  ☐ TENS Units  ☐ C-PAP/BIPAP  ☐ Oxygen  ☐ Ice Pack  ☐ Ace Wraps

(When appropriate, please name body part affected, e.g., right arm): _____

EFFECTIVE DATE: _8-9-04_                  EXPIRATION DATE: _8-9-05_

**EFFECTIVE DATE AND EXPIRATION DATE MUST BE PROVIDED FOR CHRONO TO TAKE EFFECT**

_J E Lazore_
Please Print Name

_John E Lazore_
Signature/Title

DISTRIBUTION: <u>WHITE</u>-Medical Record      <u>GREEN</u>-Housing Unit      <u>YELLOW</u>-CCII      <u>PINK</u>-C-File      <u>GOLDENROD</u>-Inmate

HEALTH RECORDS STAFF SHALL LIST OTHER APPROPRIATE COPIES BELOW AND SHALL DISTRIBUTE ACCORDINGLY: (e.g., Clothing:  SHU/GP/L-I):

_____

DATE: _8-9-04_   NAME: _Pride, David_   CDC#: _H61218_      PBSP/MEDICAL

3/02:pk                                                        PBSP - HCS 001

EXHIBIT

B

" 5 pages" Inmate Appeals
form and attachments.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: AUG 1 6 2006

In re:   Pride, H-61218
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233

IAB Case No.: 0515132          Local Log No.: CAL 06-0228

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner J. Stocker, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that he has been attempting to have renewed a series of medical chronos, to obtain a knee brace for his left knee, and an extra mattress or eggcrate mattress. The physician's request for the chronos was denied by the Chrono Committee. He has significant medical problems that cause him pain and discomfort and sleeplessness at night. He requests a knee brace and a double mattress or eggcrate mattress, and to receive monetary compensation in the amount of $5,000.00.

**II   SECOND LEVEL'S DECISION:** The reviewer found that double mattresses are not allowed at the institution. If a physician finds that an eggcrate mattress is a necessary medical device, one can be prescribed if approved. A physician has not prescribed such a device. The Chrono Committee appropriately denied the physician's request to issue medical chronos. The appellant has had two appointments with his primary care physician since the chronos were denied, and he has not conferred with the physician about the denial. The appellant should continue to discuss his medical issues with his primary care physician. There is no avenue in the inmate appeals process to award monetary compensation.

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A.   FINDINGS:** It is apparent that the appellant has been examined by licensed physicians for the complaints that he describes. He has been treated in accordance with the professional judgments of the physicians. There is no avenue in the inmate appeals process to award monetary compensation. Additionally, the appellant has not presented compelling justification to substantiate a claim for monetary award.

**B.   BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3350, 3350.1, 3350.2, 3358

**C.   ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:      Warden, CAL
Health Care Manager, CAL
Appeals Coordinator, CAL
Medical Appeals Analyst, CAL

RECEIVED CAL APPEALS   JAN 2 6 2006
Case 3:05-cv-01389-BEN-JMA   Document 1   Filed 07/27/07   PageID.21   Page 21 of 28

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region
1. _____ (CAL)
2. _____

Log No.
B 06 0228
1. _____
2. _____

Category (8)

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Pride, David | H61218 | None | B4-128 |

A. Describe Problem: I put in a medical slip a couple months ago to renew a series of cronos, and to get a knee brace for my left ~~knew~~ knee and an extra mattress or egg crate. My egg crate / double mattress crono was not renewed/updated despite the fact i can't sleep and i am in pain during the night and the pain is even greater in the morning because i do not have a solid shoulder blade due to it being shattered when i was shot. I was denied my knee brace which i need due to injuries i suffered, it slides out of joint and swells. I'm in cronic pain, and have been in pain for over 2 months + now.

If you need more space, attach one additional sheet.

B. Action Requested: ① To receive compensation for my pain and suffering in the amount of ~~$~~ $5,000.00 dollars, and to receive my knee ~~████~~ double mattress/egg crate.

Inmate/Parolee Signature: D. Pride     Date Submitted: Jun 16 06

C. INFORMAL LEVEL (Date Received: RECEIVED 1 3 JAN 2006

Staff Response: DENIED - YOUR CHRONOS & MEDICAL DEVICES MUST BE WRITTEN FOR BY YOUR PRIMARY CARE PHYSICIAN (PCP). PLEASE CONTACT WITH YOUR YARD MEDICAL STAFF FOR AN APPOINTMENT. MONETARY COMPENSATION IS NOT PART OF THE APPEALS PROCESS & THEREFORE CANNOT BE ADDRESSED IN THIS RESPONSE.

Staff Signature: F. PASCUA   AGPA Medical Appeals   Date Returned to Inmate: 1 3 JAN 2006

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

My primary care giver recomended that i receive these chronos and to get chrono's up dated, however, the chrono committee denied the above ones with out any examination of me, and the CMO and HCM are the heads of the chrono committee and are responsible.

Signature: D. Pride    Date Submitted: Jan 23 06
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim
CDC Appeal Number:

CAL   B 06 0228

CAL B 06 0220

First Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 2-7-06 Due Date: 3-13-06

Interviewed by:

**PLEASE SEE ATTACHED MEMO RESPONSE.**

Staff Signature: S. Garcia RN S. GARCIA, RN Title: STAFF RN Date Completed: 3-10-06

Division Head Approved: M. LEVIN, MD 3/7/06 Returned

Signature: Title: CMO/HCM Date to Inmate: MAR 14 2006

RECEIVED CAL APPEALS MAR 14 2006

RECEIVED CAL APPEALS MAR 2 2006

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

It has been well understood that all inmates must ask for money damages in a 602 to exhaust that portion of any future suit. Also, there really is no "partial granting" of this appeal where as i am still without the requested chronos and Egg crate / Knee brace, although my Doctor recommended it, and i am still in pain and losing sleep due to this neglect see page 2

Signature: David Price Date Submitted: 3.16.06

Second Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 4-3-06 Due Date: 4-19-06

☒ See Attached Letter

Signature: Marea Correa M. CORREA, RN, SRN II Date Completed: 31 MAY 2006

Warden/Superintendent Signature: M. LEVIN, MD, CMO/HCM 5/31/06 Date Returned to Inmate: JUN 01 2006

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Respondents have lied in their response! my medical record reflects my need for a double mattres or egg crate; it also reflects one was given in 2005; as well as two different doctors recommended it; each time i went to see the doctor i spoke to him about this appeal and RN Garcia can Vouch for this as she's called the appeals coordinator for me during my last visit. my PCP was suppose to check my records as well.

Signature: David Price Date Submitted: 6.12.06

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☒ Denied ☐ Other

☒ See Attached Letter

Date: AUG 16 2006

CDC 602 (12/87)

## CALIPATRIA STATE PRISON ,
### FIRST LEVEL REVIEW

**NAME:**              **D. PRIDE**                              **CDC# :   H61218**

**APPEALS LOG No:**    **CAL-B-06-00228**

**INTERVIEWED:**       **On March 2, 2006, by S. GARCIA, RN**

**APPEAL DECISION:**   **PARTIALLY GRANTED**

**APPEAL ISSUE:**      **MEDICAL**

**APPEAL RESPONSE:**  In consideration of the appeal, a review of the appeal and its attachments was conducted.  The California Code of Regulations (CCR) and all applicable laws and procedures were considered along with a personal interview and the contents of the appellant's Unit Health Record (UHR).

The appellant states that he has submitted a CDC 7362 - Health Care Services Request Form to have his chronos for left knee brace and an extra or Eggcrate Mattress renewed.  The appellant states that his chronos were not renewed.

The appellant is requesting that he receive monetary compensation for "...pain and suffering in the amount of $5,000.00..."  He is also requesting renewal of both his knee brace and double/Eggcrate Mattress Chronos.

The appellant is advised that monetary compensation is not part of the appeals process, and is beyond the jurisdiction of the Department of Corrections and Rehabilitation.  Therefore, that portion of his appeal cannot be addressed.

After interviewing the appellant and after reviewing the UHR, it has been determined that the appellant's chronos were reviewed by a panel of Physicians known as the Chrono Committee.  This panel reviews the UHR to determine the medical necessity for all chronos.  Their decision is based solely on documented medical necessity.  It should be noted that the denial of chronos is not an arbitrary process.  It is a well thought out process that is by no means perfect.  However, if the appellant does not meet specific criteria for the chrono in question, the request will be denied by the chrono committee.

In addition, per the Acting Warden (T. OCHOA), who was contacted on March 6, 2006, double mattresses are not allowed at Calipatria State Prison.  Eggcrate Mattresses are indicated for specific medical conditions which if your yard Primary Care Physician (PCP) feels you have, he may write a chrono for.

Based on the above, the appeal is **Denied** at the First Formal Level because the appellant's request for monetary compensation is not an appealable issue, and he does not qualify for the chronos written by the Primary Care Physician (PCP) per the Chrono Committee.

_S. Garcia RN_                                          _3-11-06_

**S. GARCIA, RN**                                          **Date**
**Staff Registered Nurse**
**Calipatria State Prison**

Case 2:07-cv-01382-BEN-JMA   Document 1   Filed 07/27/07   PageID.24   Page 24 of 28

pg 2  section F.

At the end of the formal level response, Garcia, RN stated that "i do not meet the criteria / qualify for the chronos written by the Primary Care Physician (PCP) per the Chrono Committee, however, i find this most troub- ling, because i've had the chronos issued before, and if two doctors recommend such treatment, in order to relieve me of pain and loss of sleep, doesn't the decision by the chrono committee call for scrutiny, and consti- tutes cruel and unusual punnishment; or at the very least medical neglect. No other measures have been taken to find an alternative to end my pain / loss of sleep ei- ther. So, it must be suggested that i continue to suffer Is that correct? I have a shattered shoulder blade, the bones are sharp and they poke and shift, and pinch my inner flesh when i attempt to sleep or move at night; my knees, due to old injuries (sports) move out of joint, swell, and at some points two painful to bend.

This appeal and actions requested should be granted in full!

The proof as to my need for this treatment is in my medical file all through the 1990's! The last doctor i saw said he'd look at it, but he never did; The appeals Coordinator told me by phone he'd request x-rays to determine my medical needs, however, no x-rays were taken! The last response is "false"!

**State of California**                                    **Department of Corrections and Rehabilitation**

# Memorandum

**Date**        :   May 31, 2006

**To**          :  Inmate D. PRIDE,      H61218
                   B4-128

**Subject**  :   **SECOND LEVEL APPEAL RESPONSE**
               **LOG NO:   CAL-B-06-00228**

**ISSUE:**       The appellant is submitting this appeal relative to Medical Chronos.
It is the appellant's position that he has submitted a Health Care Services Request (CDCR 7362) to have his chronos for left knee brace and Eggcrate Mattress/Extra Mattress renewed.

The appellant requests to receive monetary compensation, and that both his knee and mattress chronos be renewed.

**INTERVIEWED BY:**        S. GARCIA, RN, on March 2, 2006.

**REGULATIONS:**  The rules governing this issue are:

   California Code of Regulations, Title 15, Article (CCR) 3350.  **Provision of Medical Care and Definitions**

**DISCUSSION:** In consideration of this appeal, a review of the appeal and its attachments was conducted.  The CCR and all applicable laws and procedures were also considered along with the contents of the appellant's Unit Health Record (UHR) and a personal interview.

The appellant was advised in the First Formal Level Response that monetary compensation is not within the jurisdiction of the Department of Corrections and Rehabilitation.  Therefore, that portion of his appeal cannot be responded to.

The appellant was advised in the First Formal Level Response that his chronos were reviewed by a panel of Physicians (not including the Chief Medical Officer) known as the Chrono Committee.  He was also advised that this panel reviews the UHR to determine the medical necessity for all chronos.  Their decision is based solely on documented medical necessity. The Primary Care Provider (PCP) did renew these chronos at the appointment of January 3, 2006.  But he failed to do an examination to justify the renewals.   It should be noted that the denial of chronos is not an arbitrary process.  It is a well thought out process that is by no means perfect.  However, if the appellant does not meet specific criteria for the chrono in question, and the PCP does not justify his request via examination, the request will be denied by the chrono committee.  It should be noted that the appellant has had two appointments with the Primary Care Provider (PCP) since the chronos were denied, and he has not conferred with the PCP about the chronos.

The appellant has not provided any additional information or evidence that would warrant a modification of the First Formal Level Response,  However, if he is experiencing pain or discomfort, he should submit a new Health Care Services Request Form (CDCR 7362), for a re-evaluation from his Primary Care Provider (PCP).

**DECISION:**   The appeal is **Partially Granted** at the Second Formal Level in that the First Formal Level Response has been reviewed.  However, the appellant still does not meet the criteria for the chronos being requested according to the PCP's notes.

**SECOND LEVEL APPEAL RESPONSE**
**APPEAL LOG # CAL-B-06-00228**
**Page 2**


The appellant is advised that his issue may be submitted for a Director's Level Review within 15 days of receipt of this response if desired.


**M. CORREA, RN**                                        **Reviewed by:**                        **M. LEVIN, MD**
**Supervising Registered Nurse II**                                                              **Chief Medical Officer**
**Calipatria State Prison**                                                                       **Calipatria State Prison**

# "Proof of Service"

I Chandai Pride, declare under the penalty of purjury, that i am over the age of 18 years of age and ive placed this civil form in first class prepaid mail on the behalf of David C. Pride Jr. on Date: JULY 26, 2007.

Date: 7/26/2007                    signature: Chandai Pride

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

2254      1983

FILING FEE PAID

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

IFP MOTION FILED

Yes ___  No ___

**I (a) PLAINTIFFS**

DEFENDANTS
JUL 27 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

**David Codell Pride Jr.**

M. Correa

COPIES SENT TO

Court ✓   ProSe

**(b) COUNTY OF RESIDENCE OF FIRST LISTED   Imperial
PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

David Codell Pride Jr.
PO Box 5005
Calipatria, CA 92233
H-61218

ATTORNEYS (IF KNOWN)

'07 CV 1382   BEN JMA

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT** (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Electment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE   Docket Number

DATE 7/27/07   SIGNATURE OF ATTORNEY OF RECORD   L. Hammer