EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHELLE DES JARDINS
Supervising Deputy Attorney General
PHILLIP LINDSAY, State Bar No. 204444
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-3134
 Fax:  (619) 645-2581
 Email:  Phillip.Lindsay@doj.ca.gov

Attorneys for Defendants M. Correa, M. Levin, T. Ochoa, and L. Santiago.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| DAVID CODELL PRIDE, JR.,<br><br>                        Plaintiff,<br><br>    v.<br><br>M. CORREA, et al.,<br><br>                        Defendants. | 07-CV-1382-BEN (JMA)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLAIM FOR INJUNCTIVE RELIEF**<br><br>Hearing:      February 29, 2008<br>Time:          10:00 a.m.<br>Courtroom: D<br>Judge:         The Honorable Jan M. Adler<br><br>**NO ORAL ARGUMENT REQUIRED** |
|---|---|

TO DAVID PRIDE, Plaintiff in pro per:

PLEASE TAKE NOTICE that on February 29, 2008, at 10:00 a.m., or as soon thereafter as the matter can be heard in the above-referenced Court located at 940 Front Street, San Diego, California, Defendants M. Correa, M. Levin, T. Ochoa, and L. Santiago will move this Court to dismiss Plaintiff's claim for injunctive relief under Federal Rule of Civil Procedure 12(b)(6) on the ground that Plaintiff's request for injunctive relief is barred by the *Plata* class-action.

1   This motion is based upon this notice of motion and motion, the supporting
2   memorandum of points and authorities, Defendants' request for judicial notice, and this Court's
3   file.

4   Dated: January 18, 2008

5   Respectfully submitted,

6   EDMUND G. BROWN JR.
    Attorney General of the State of California

7   DAVID S. CHANEY
    Chief Assistant Attorney General
8
    FRANCES T. GRUNDER
9   Senior Assistant Attorney General

    MICHELLE DES JARDINS
10  Supervising Deputy Attorney General

11

12  /s/Phillip Lindsay

13
    PHILLIP LINDSAY
14  Deputy Attorney General
    Attorneys for Defendants M. Correa,
15  M. Levin, T. Ochoa, and L. Santiago

16

17  70112209.wpd
    SD2007701066
18

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **David Codell Pride, Jr. v. M. Correa, et al.**

No.:   **07-CV-1382-BEN (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On <u>January 18, 2008</u>, I served the attached **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLAIM FOR INJUNCTIVE RELIEF** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

David Codell Pride, Jr.
CDCR No. H-61218
Calipatria State Prison
P.O. Box 5005
Calipatria, CA 92233-5005

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 18, 2008, at San Diego, California.

K. Alvarez

Declarant                                                                                   Signature

70112462.wpd