1 David C. Pride JR H61218
2 Plaintiff In Pro Per
3 B2·211·Low
4 P.O. Box 5005
5 Calipatria Ca 92233
6
7           United States District Court
8           Southern District of California

FILED
2009 APR 28 AM 10:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM

NUNC PRO TUNC
APR 17 2009

9
10 David C. Pride JR      | Case No. 07-CV-1382-BEN(JMA)
11       Plaintiff,       | Notice of motion and motion
12 vs                     | for appointment of Counsel
13                        | (28 U.S.C § 1915(d), Exhibits A-
14 M. Correa, et. al.     | B. Plaintiffs declaration in
15       Defendants       | support.
16                        | Courtroom    3
17                        | Judge:  The Honorable
                          |         Roger T. Benitez
18
19    To the honerable U.S. magistrate Judge Jan M.
20 Adler, attorney for defendants; Please take notice
21 On April 30 2009 at 10:00 A.M. of the above
22 referrenced court, Plaintiff will move the court
23 for appointment of counsel under 28 U.S.C. §
24 1915. This motion is based upon this notice of mot-
25 ion for appointment of counsel, exhibit 'A' Plain-
26 tiff's declaration in support, served and filed
27 herewith and fully incorporated herewith by re-
28 ferrence. This motion is made on the ground that

the ends of Justice requires appointment of counsel.

Dated 4.15.09     /s/ D. Priede

Plaintiff In Pro Per.

1  David C. Pride JR H61218
2  Plaintiff In Pro Per
3  B2·211·Low
4  P.O. Box 5005
5  Calipatria Ca 92233
6
7         United States District Court
8         Southern District of California
9
10 David C. Pride JR        | Case No. 07-CV-1382-BEN (JMA)
11        Plaintiff,        |
12 vs                       | Plaintiff's motion for Appointment
13                          | of Counsel (28 U.S.C. § 1915 (d) )
14 M. Correa, et al.        | Courtroom   3
15        Defendant         | U.S. Dist Court Judge The Hon-
16                          | orable Roger T. Benitez
17
18     Plaintiff David C. Pride JR move this court
19 for appointment of counsel under 28 U.S.C. § 1915
20 (d).
21     The defendants have filed an answer to
22 Plaintiffs complaint (EXHIBIT A) that demonstr-
23 ates that Plaintiff is very likely to prevail on
24 his claims at trial.
25     Plaintiff is a lay person at law for which it
26 will be extremely difficult for him to fairly
27 and adequately present his case which will also
28 require the use of medical experts.

1. Plaintiff has sought counsel on his own but
2. have not been able to attain said (see
3. EXHIBIT B)
4.     In view of the merits of plaintiffs
5. claims in his complaint and the highly tec-
6. hnical nature of it, requiring the use of
7. medical experts etc. appointment of counsel is
8. appropriate especially due to the fact plaintiff
9. would be unable to interview witnesses and
10. perform other methods of investigations from
11. prison let alone be able to seek out and
12. find expert witnesses. see Crespo V. Laws Smith
13. U.S.D.C. E.D. Pa.) Case No. 2:06-CV-04651-E) 2007 WL-146905
14. Dated 4·15·09            /s/ D. Pride
15.                             Plaintiff.