David C. Pride, Jr.
CDC# H-61218
P.O. Box 5002
Calipatria, CA 92233-5002

Plaintiff, In Pro Per

**FILED**

JUL - 6 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

David C. Pride, Jr.,

           Plaintiff,

   v.

M. Correa, et al.,

         Defendants.
------------------------------

Case No. 07-CV-1382-BEN (JMA)

PLAINTIFF'S EX PARTE
APPLICATION FOR COURT
APPOINTED EXPERT.

(28 U.S.C. §1915)
(Fed. R. Evid. §706)

Hon. Judge: Jan M. ADler

    Plaintiff, David C. Pride, Jr., as set forth in the accompanying declaration of said, respectfully request appointment of an expert.


Dated:

Respectfully Submitted,

_David C. Pride, Jr.
Plaintiff, In Pro Per