1  EDMUND G. BROWN JR.
   Attorney General of California
2  MICHELLE DES JARDINS
   Supervising Deputy Attorney General
3  TERRENCE F. SHEEHY
   Deputy Attorney General
4  State Bar No. 203986
    110 West A Street, Suite 1100
5   San Diego, CA 92101
    P.O. Box 85266
6   San Diego, CA 92186-5266
    Telephone: (619) 645-2618
7   Fax: (619) 645-2581
    E-mail: Terrence.Sheehy@doj.ca.gov
8  *Attorneys for Defendants M. Correa, L. Santiago,
   M.D., M. Levin, M.D., and T. Ochoa*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CODELL PRIDE, JR., <br><br> Plaintiff, <br><br> v. <br><br> M. CORREA, et al., <br><br> Defendants. | 07-CV-1382-BEN (JMA) <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT [Fed. R. Civ. P. 56]** <br><br> Date: March 15, 2010 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Judge    Hon. Roger T. Benitez |

**TO PLAINTIFF DAVID CODELL PRIDE, JR., CDCR No. H-61218, PRO SE:**

**PLEASE TAKE NOTICE THAT ON** March 15, 2010, at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located at 940 Front Street, San Diego, CA 92101-8900, Defendants will and hereby do move the Court for an order granting summary judgment under Federal Rule of Civil Procedure 56.

//

//

//

1

Defs.' Not. of Mot. and Mot. for Summ. J. (07-CV-1382-BEN (JMA))

This motion is made on the ground that Defendants did not violate Plaintiff's Eighth Amendment right to be free from deliberate indifference to his medical needs and that there is no triable issue of material fact as to Plaintiff's claim. This motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities and Exhibits attached thereto, the Separate Statement of Uncontested Facts, the declarations of Defendants Correa, Levin, Santiago, and Ochoa, the Court's files and records in this matter, such other matters as the court may judicially notice, and such additional argument or evidence as may be offered at the time of the hearing.

Dated: December 11, 2009             Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General

*/s/ Terrence F. Sheehy*

TERRENCE F. SHEEHY
Deputy Attorney General
*Attorneys for Defendants M. Correa, L. Santiago, M.D., M. Levin, M.D., and T. Ochoa*

TFS:fpt
SD2007701066
70230529.doc

2

Defs.' Not. of Mot. and Mot. for Summ. J. (07-CV-1382-BEN (JMA))

# CERTIFICATE OF SERVICE

Case Name:  **David Codell Pride, Jr. v. M. Correa, et al.**    No.  **07-CV-1382-BEN (JMA)**

I hereby certify that on <u>December 11, 2009</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT [Fed. R. Civ. P. 56]**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>December 11, 2009</u>, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

David Codell Pride, Jr., H-61218
Calipatria State Prison
P.O. Box 5005
Calipatria, CA  92233-5005

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 11, 2009</u>, at San Diego, California.

|  F. Terrones  |  *(signature)*  |
|---|---|
| Declarant | Signature |

70238606.doc