FILED
2010 APR 21 PM 2: 26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CODELL PRIDE, JR., CDCR #H-61218,<br><br>Plaintiff,<br><br>vs.<br><br>M. CORREA, et al.,<br><br>Defendants. | Civil No.  07cv1382 BEN (JMA)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Doc. No. 72] |

David Codell Pride, Jr. ("Plaintiff"), a state prisoner currently incarcerated at Calipatria State Prison located in Calipatria, California, is proceeding pro se and *in forma pauperis* with a Complaint filed pursuant to the Civil Rights Act, 42 U.S.C. § 1983.

Currently pending before the Court is Defendants' Correa, Santiago, Levin and Ochoa's Motion for Summary Judgment pursuant to FED.R.CIV.P. 56 [Doc. No. 62]. On April 20, 2010, Plaintiff filed a document with the Court in which he indicated that he was unsure the date by which he needed to file his Opposition to the Defendants' Motion for Summary Judgment.

In addition, Plaintiff indicates that the prison has been on two recent "lockdowns." 'Strict time limits . . . ought not to be insisted upon' where restraints resulting from a pro se prisoner plaintiff's incarceration prevent timely compliance with court deadlines." *Eldridge v. Block*, 832 F.2d 1132, 1136 (9th Cir. 1987) (citing *Tarantino v. Eggers*, 380 F.2d 465, 468 (9th Cir. 1967); *see also Bennett v. King*, 205 F.3d 1188, 1189 (9th Cir. 2000). Thus, the Court **GRANTS** Plaintiff's Motion for extension of time to file an Opposition to Defendants' Motion for Summary Judgment.

**CONCLUSION AND ORDER**

The Court **GRANTS** Plaintiff's Request for an Extension of Time to file his Opposition to Defendants' Motion for Summary Judgment. Plaintiff shall have until **Friday, May 7, 2010,** to file his Opposition,[1] and Defendants shall have until **Friday, May 14, 2010,** to file a Reply.

Defendants' Motion for Summary Judgment shall be considered submitted as of Friday, May 14, 2010. The Court shall thereafter enter its decision on the papers without holding any oral argument. *See* S.D.CAL. CIVLR 7.1(d)(1).

**IT IS SO ORDERED.**

DATED: 4/21/2010

HON. ROGER T. BENITEZ
United States District Judge

---

[1] Plaintiff is advised to review FED.R.CIV.P. 56 and the Court's December 17, 2009 *Klingele/Rand* Notice and Warning [Doc. No. 63], which sets forth, in plain language, the requirements for opposing summary judgment. Plaintiff is cautioned that if he fails to submit his own evidence in opposition to Defendants' Motion, summary judgment may be entered against him and his case will be dismissed without a trial. *See Rand*, 154 F.3d at 960-61.