KAMALA D. HARRIS
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General
TERRENCE F. SHEEHY
Deputy Attorney General
State Bar No. 203986
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2618
 Fax: (619) 645-2581
 E-mail: Terrence.Sheehy@doj.ca.gov
*Attorneys for Defendants M. Correa and M. Levin, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID CODELL PRIDE, JR.,** | 07-CV-1382-BEN (JMA) |
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **M. CORREA, et al.,** | Date:      April 21, 2014<br>Time:      10:30 a.m.<br>Place:     4B<br>Judge:    Hon. Roger T. Benitez |
| Defendants. | |

**TO DAVID CODELL PRIDE, PLAINTIFF AND HIS ATTORNEY OF RECORD**:

Please take notice that on April 21, 2014 at 10:30 a.m., Defendants M. Correa and M. Levin, M.D. will appear before The Honorable Roger T. Benitez in Courtroom 4B at 221 West Broadway, Courtroom 4B, San Diego, California 92101, and move for summary judgment in their favor.

///

1

1    The grounds for this motion will be as follows:

2    Defendants were not deliberately indifferent to Plaintiff's medical needs

3    because the medical evidence shows that Plaintiff is not medically required to have

4    a second or egg-crate mattress and Plaintiff did not return to his treating physician

5    for a proper examination.  The Court should also enter summary judgment for

6    Defendants on Plaintiff's claim for injunctive relief because Defendant Levin is no

7    longer the Chief Medical Officer at Calipatria State Prison and is no longer in a

8    position to deny any medical chrono for Plaintiff.

9    This motion will be based on this Notice of Motion and Motion, the

10    supporting Memorandum of Points and Authorities and exhibits, the Rand notice,

11    and the Court's files in this matter.

12    Dated:  February 13, 2014                 Respectfully submitted,

13                                              KAMALA D. HARRIS
                                                Attorney General of California
14                                              MICHELLE DES JARDINS
                                                Supervising Deputy Attorney General
15

16
                                                s/ Terrence F. Sheehy
17

18                                              TERRENCE F. SHEEHY
                                                Deputy Attorney General
19                                              *Attorneys for Defendants M. Correa
                                                and M. Levin, M.D.*
20

21    TFS:LB
      SD2007701066
22    80870090.doc

23

24

25

26

27

28
                                          2

# CERTIFICATE OF SERVICE

Case Name:  **David Codell Pride, Jr. v. M. Correa, et al.**     No.     **07-CV-1382-BEN (JMA)**

I hereby certify that on <u>February 13, 2014</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 13, 2014</u>, at San Diego, California.

L. Bensen
Declarant

Signature

80870098.doc