1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  DAVID CODELL PRIDE, JR.,          )   Case No. 07CV1382-BEN(JMA)
                                      )
12              Plaintiff,            )   **ORDER SETTING MANDATORY**
                                      )   **SETTLEMENT CONFERENCE**
13  v.                                )
                                      )
14                                    )
    M. CORREA, et al.,                )
15                                    )
                Defendants.           )
16  _____  )

17      A Mandatory Settlement Conference will be held on **May 12, 2014** at

18  **2 p.m.  All named parties, all counsel, and any other person(s) whose**

19  **authority is required to negotiate and enter into settlement shall**

20  **appear in person at the conference**.  **The individual(s) present at the**

21  **Mandatory Settlement Conference with settlement authority must**

22  **have the unfettered discretion and authority on behalf of the party to:**

23  **1) fully explore all settlement options and to agree during the**

24  **Mandatory Settlement Conference to any settlement terms acceptable**

25  **to the party (*G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871**

26  **F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of a**

27  **party during the course of the Mandatory Settlement Conference**

28  **(*Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)),**

1 | **and 3) negotiate a settlement without being restricted by any**

2 | **predetermined level of authority (*Nick v. Morgan's Foods, Inc.*, 270**

3 | **F.3d 590, 596 (8th Cir. 2001)).**

4 | Governmental entities may appear through litigation counsel only.  As

5 | to all other parties, appearance by litigation counsel only is <u>not</u> acceptable.

6 | Retained outside corporate counsel <u>shall not</u> appear on behalf of a

7 | corporation as the party who has the authority to negotiate and enter into a

8 | settlement.  **The failure of any counsel, party or authorized person to**

9 | **appear at the Mandatory Settlement Conference as required shall be**

10 | **cause for the immediate imposition of sanctions.**  All conference

11 | discussions will be informal, off the record, privileged, and confidential.

12 | If Plaintiff is incarcerated in a penal institution or other facility, the

13 | Plaintiff's presence is not required at conferences before Judge Adler, and

14 | the Plaintiff may appear by telephone.  In that case, counsel are to

15 | coordinate the Plaintiff's appearance by telephone.

16 | Settlement briefs are not required. If a party elects to submit an

17 | updated settlement statement, it should be submitted to Magistrate Judge

18 | Adler's chambers no later than **May 8, 2014**.[1]

19 | **IT IS SO ORDERED**.

21 | DATED:  April 28, 2014

22 |

23 | Jan M. Adler
U.S. Magistrate Judge

26 | [1]Statements under 20 pages in length, including attachments and exhibits,
27 | may be e-mailed to efile_adler@casd.uscourts.gov, faxed to (619) 702-9939, or delivered to chambers via the Office of the Clerk of Court at 333 West Broadway, Suite 420, San Diego, California.  Statements exceeding 20 pages in length,
28 | including attachments and exhibits, must be delivered to chambers via the Office of the Clerk of Court.