UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CODELL PRIDE, JR.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>M. CORREA, et al.,<br><br>　　　　　Defendants. | Case No. 07CV1382-BEN (JMA)<br><br>**ORDER SETTING DEADLINE FOR FILING OF JOINT MOTION FOR DISMISSAL** |

The case is settled. A joint motion for dismissal shall be filed with the Court, and a separate proposed order for dismissal e-mailed to the district judge's e-mail address, on or before **June 6, 2014**.[1]  If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED**.

DATED: May 16, 2014

　　　　　　　　　　　　　　　　　　　Jan M. Adler
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

---

[1] <u>See</u> Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.