KAMALA D. HARRIS
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General
TERRENCE F. SHEEHY
Deputy Attorney General
State Bar No. 203986
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2618
 Fax: (619) 645-2581
 E-mail: Terrence.Sheehy@doj.ca.gov
*Attorneys for Defendants M. Correa and M. Levin, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CODELL PRIDE, JR.,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>M. CORREA, et al.,<br><br>　　　　　　　　　Defendants. | 07-CV-1382-BEN (JMA)<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(II)<br><br>Date:　　　TO BE SUBMITTED<br>Time:　　　TO BE SUBMITTED<br>Courtroom: 4B<br>Judge:　　  Hon. Roger T. Benitez |

DAVID CODELL PRIDE, JR. (Plaintiff), and Defendant, M. CORREA, et al. (Defendants), through their counsel of record, have settled this case, in conjunction with the case *Pride v. Silva*, 12-CV-02357-CAB-RBB. The parties voluntarily consent to the district court's retention of jurisdiction over this action to enforce the terms of the settlement agreement pertaining to both cases and intend to incorporate the terms of the settlement agreement in the court's dismissal order. *See* Fed. R. Civ. Proc. 41(a)(1)(A)(ii); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994).

Accordingly, the parties move the Court under Federal Rule of Civil Procedure 41(a)(1)(A)(ii)) and Local Rule 7.2 to dismiss this action against Defendants Maria E. Correa and Martin Earle Levin with prejudice.

Each party bears its own costs and attorney's fees.

**THE PARTIES SO STIPULATE.**

Dated: June 2, 2014

_____
JOHANNA S. SCHIAVONI
Law Office of Johanna S. Schiavoni
*Attorneys Plaintiff David Codell Pride, Jr.*

_____
TERRENCE F. SHEEHY
Deputy Attorney General
*Attorneys for Defendants Maria E. Correa and Martin Earle Levin, M.D.*

SD2007701066
80900927.doc

# CERTIFICATE OF SERVICE

Case Name:   **David Codell Pride, Jr. v. M. Correa, et al.**               No.   **07-CV-1382-BEN (JMA)**

I hereby certify that on <u>June 6, 2014</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## JOINT MOTION TO DISMISS WITH PREJUDICE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 6, 2014</u>, at San Diego, California.

|                          |                          |
|--------------------------|--------------------------|
| S. Banks<br>Declarant    | *[signature]*<br>Signature |

80908152.doc