FILED

JUN 1 2 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CODELL PRIDE, JR.,<br><br>                                   Plaintiff,<br><br>          v.<br><br>M. CORREA, et al.,<br><br>                                   Defendants. | Case No. 07-CV-1382-BEN (JMA)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>[Docket No. 124] |

On June 6, 2014, the parties filed a Joint Motion to Dismiss all claims against Defendants Maria E. Correa and Martin Earle Levin with prejudice. The parties, having settled this case in conjunction with the case *Pride v. Silva*, 12-CV-02357-CAB (RBB), voluntarily consent to the district court's retention of jurisdiction over this action to enforce the terms of the settlement agreement pertaining to both cases, and the terms of the settlement agreement are hereby incorporated in this dismissal order. *See* FED. R. CIV. P. 41(a)(1)(A)(ii); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

1

1  The Court **GRANTS** the Motion and **DISMISSES** this action in its entirety

2  with prejudice.  Each party will bear its own costs and attorney's fees.

3      **IT IS SO ORDERED.**

4

5  Dated: _____          _____

6                                           HON. ROGER T. BENITEZ
                                            United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Dismissing Case With Prejudice (07-CV-1382-BEN (JMA))